X8917
5/16/16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
MAY 16 2016
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| UNITED STATES OF AMERICA | ) | Mag. Case Number: _____ |
|---|---|---|
| Plaintiff, | ) | COMPLAINT FOR VIOLATION OF |
| v. | ) | Title 21, U.S.C., Sections 952 and 960 |
|  | ) | Importation of a Controlled Substance |
| Denisia Angelica CASTRO | ) |  |
| Defendant, | ) |  |

'16MJ1402

The undersigned complaint being duly sworn states:

COUNT ONE

On or about May 15, 2016, within the Southern District of California, Denisia Angelica CASTRO did knowingly and intentionally import approximately 1.24 kilograms (2.73 pounds) of heroin, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

COUNT TWO

On or about May 15, 2016, within the Southern District of California, , Denisia Angelica CASTRO did knowingly and intentionally import approximately 15.04 kilograms (33.16 pounds) of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

DOAS/IS

SPECIAL AGENT / Bryan Bauerle
HOMELAND SECURITY
INVESTIGATIONS

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 16th DAY OF MAY 2016.

UNITED STATES MAGISTRATE JUDGE

**KAREN S. CRAWFORD**

## PROBABLE CAUSE STATEMENT

On May 15, 2016 at approximately 3:50 p.m., Denisia Angelica CASTRO applied for entry into the United States (US) from Mexico through the San Ysidro (SYS) California (CA) Port of Entry (POE). CASTRO was the driver, sole occupant, and registered owner of a black, 2010 Ford Escape bearing CA/US license plates. CASTRO identified herself with her US Passport. CASTRO gave the Customs and Border Protection Officer (CBPO) two negative Customs declarations. A CBPO Canine Enforcement Officer (CEO) with an assigned Human/Narcotics Detection Dog (H/NDD) was roving the vehicle primary lanes and conducted a cursory inspection of the vehicle. The H/NDD alerted to the rear end of the vehicle. The CEO then requested for a CBPO to speak to CASTRO, the driver. The CBPO spoke with CASTRO and then referred the vehicle to secondary for further inspection.

At approximately 3:45 p.m., within the San Ysidro POE Secondary Lot, a CBP Officer screened the Ford Escape through the Z-Portal X-ray Machine. The CBP Officer observed anomalies in the cargo area.

Following the x-ray, a CBP Officer was assigned to inspect the Ford Escape. The CBP Officer inspected the rear cargo area of the vehicle and observed packages hidden under a factory, plastic cover compartment under the floor of the cargo area. The CBP Officer probed several packages which field positive for heroin and for methamphetamine. The CBP Officer removed a total of thirty-two (32) packages; one (1) packages of heroin weighing approximately 1.24 kilograms (2.73 pounds), and thirty-one (31) packages of methamphetamine weighing approximately 15.04 kilograms (33.16 pounds).

Post-Miranda, CASTRO admitted knowledge of the narcotics concealed within her vehicle and was to be paid $1,000.00 USD for the smuggling venture. CASTRO was arrested and charged in violation of Title 21, United States Code, Sections 952 and 960.