**FILED**
Jun 16 2016
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY s/ jenniferr DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>            Plaintiff, <br><br>     v. <br><br> DENISIA ANGELICA CASTRO, <br><br>            Defendant. | Case No.: '16 CR1357 GPC <br><br> I N F O R M A T I O N <br><br> Title 21, U.S.C., Secs. 952 and 960 – Importation of Methamphetamine and Heroin (Felony) |

The United States Attorney charges:

### Count 1

On or about May 15, 2016, within the Southern District of California, defendant DENISIA ANGELICA CASTRO, did knowingly and intentionally import a mixture and substance containing a detectable amount of Methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

### Count 2

On or about May 15, 2016, within the Southern District of California, defendant DENISIA ANGELICA CASTRO, did knowingly and intentionally import a mixture and substance containing a detectable amount of Heroin, a Schedule I Controlled Substance, into the United

JEHO:dca:5/19/2016

States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 6/16/16.

LAURA E. DUFFY
United States Attorney

for JARAD E. HODES
Assistant U.S. Attorney